**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                       Case No. 8:06-cr-253-T-27MAP

**LATRALE DEEVON DUNBAR,**

    **Defendant.**
_____/

**O R D E R**

THIS CAUSE is before the court on Defendant's **Emergency Motion for Temporary Release to Allow Defendant to be Present for Birth of Son Who Has Been Diagnosed with Significant Congenital Heart Defect** (Doc. 40). By his motion the Defendant seeks an order permitting his temporary release from custody to attend the birth of his child who has been diagnosed with a significant heart defect. The motion reflects that it is opposed by the government. On April 13, 2006, the court entered an order directing that the Defendant be detained pending further proceedings as a danger to the community. Although the court is entirely sympathetic to Mr. Dunbar's circumstances, findings made in the detention order suggest that there are still no conditions that would assure that he is not a danger to the community. Regrettably, the motion is **DENIED**.

**Done and Ordered** in Tampa, Florida this 16th day of October.

                                           THOMAS B. McCOUN III
                                           UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Ashley Moody, Assistant United States Attorney
Adam Allen, Attorney for Defendant