UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.

CASE NUMBER: 8:06-CR-253-T-27MAP
USM NUMBER: #48641-018

**LATRALE DEEVON DUNBAR**
_____/

Defendant's Attorney: Jacqueline Simms-Petredis, AFPD
Date of Previous Judgment: February 22, 2007

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(C)(2)

**BEFORE THE COURT** are Defendant's request for reduction of Sentence (Dkt. 84) and the subsequent Joint Stipulation of the Parties (Dkt. 87) pursuant to 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, it is

ORDERED that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment of EIGHTY SEVEN (87) months is **reduced to SEVENTY (70) months**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | |
|---|---|
| Previous Offense Level: 33 | Amended Offense Level: 31 |
| Criminal History Category: III | Criminal History Category: III |
| Previous Guideline Range: 168 to 210 months | Amended Guideline Range: 135 to 168 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure, and the reduced sentence is comparably less than the amended guideline range.

### III. ADDITIONAL COMMENTS

When imposing the original sentence, the Court departed from the applicable guideline range by 4 levels pursuant to USSG 5K1.1 (Substantial Assistance) and 2 levels for § 5H1.6. Applying a comparable departure to the guideline range applicable after the retroactive application of the crack cocaine amendment results in an imprisonment range of 70-87 months. Therefore the Court imposes a sentence of Seventy (70) months imprisonment.

Except as provided above, all provisions of the judgment dated February 22, 2007 shall remain in effect.

**DONE AND ORDERED** this 1st day of August, 2008.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Defendant, 14400-49th Street North, Clearwater, FL 33762
Office of the Federal Public Defender
Office of the United States Attorney
U.S. Probation Office
Bureau of Prisons